In the Matter of ROBERT K. STORY, JR., an Attorney.— Motion to confirm report of official referee granted and charges dismissed. Young, Kapper and Tompkins, JJ., concur; Scudder, J., dissents and votes to censure respondent; Carswell, J., not voting.

In the Matter of the Application of HENRY D. ZUCKAS for an Order Directing ALFRED J. WENTZ, an Attorney, to Pay over Certain Moneys.— Motion for leave to discontinue appeal granted upon condition that within five days from service of a copy of the order herein appellant pay ten dollars to the respondent Wentz; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

FRANCIS W. KELLY and EDWARD F. KELLY, Both Doing Business Under the Style and Name of EDWARD F. KELLY, Respondents, v. LOUIS LEAVITT, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Carswell, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

JOSEPH KRESKY, Respondent, v. ROSE R. KORN, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

GENARO LAFREDO, Plaintiff, v. BALTIC AMERICAN LINE, INC., Respondent; WILH WILHELMSEN, Appellant; BUSH TERMINAL Co., INC., Defendant. (Appeal No. 1.) — Motion to dismiss appeal granted and appeal dismissed, without costs. The complaint was dismissed on the trial as against the Baltic American Line, Inc., and appellant Wilhelmsen. It appears that the plaintiff has not appealed from the order and his time to take an appeal has expired. The cross complaint of Wilhelmsen for liability over has, therefore, become nugatory, for there is no longer any controversy between these two parties. Present — Lazansky, P. J., Scudder, Tompkins and Davis, JJ.; Carswell, J., not voting.

GENARO LAFREDO, Plaintiff, v. BALTIC AMERICAN LINE, INC., Respondent; WILH WILHELMSEN, Defendant; BUSH TERMINAL Co., INC., Appellant. (Appeal No. 2.) — Motion granted, with ten dollars costs, and appeal dismissed, with costs, upon the ground that the appellant, Bush Terminal Co., Inc., is not an aggrieved party. (*Popham* v. *Twenty-third St. R. R. Co.*, 48 N. Y. Super. Ct. 229; affd., 89 N. Y. 633; *Lane* v. *New York, New Haven & Hartford R. R. Co.*, 95 App. Div. 633; *Price* v. *Ryan*, 255 N. Y. 16.) Present — Lazansky, P. J., Scudder, Tompkins and Davis, JJ.; Carswell, J., not voting.

GENARO LAFREDO, Plaintiff, v. BALTIC AMERICAN LINE, INC., Respondent; WILH WILHELMSEN, Respondent, Appellant; BUSH TERMINAL Co., INC., Appellant. (Appeal No. 3.) — Motion granted, with ten dollars costs, and appeal dismissed, with costs, upon the ground stated in the decision of *Lafredo* v. *Baltic American Line, Inc., (ante*, p. ——), decided herewith. Present — Lazansky, P. J., Scudder, Tompkins and Davis, JJ.; Carswell, J., not voting.

PATRICK F. LAWLOR, Respondent, v. " JOHN " COHEN and Another, etc., and MICHAEL PETROSKA, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.